JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL TREGLIA,<br>Plaintiff<br>v.<br>JOHN MCMAHON, et al.,<br>Defendants. | Case No. 5:19-cv-00335-VBF (GJS)<br><br>**JUDGMENT** |

IT IS ADJUDGED that this case is dismissed without prejudice.

Dated: June 17, 2020

_____
VALERIE BAKER FAIRBANK
Sr. UNITED STATES DISTRICT JUDGE